# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
### 2:05cv217

|                                            |   |        |
|--------------------------------------------|---|--------|
| MURIEL DANTZLER,                           | ) |        |
|                                            | ) |        |
|     **Plaintiff,**     | ) |        |
|                                            | ) |        |
| **Vs.**                                    | ) | **ORDER** |
|                                            | ) |        |
| **STATE FARM FIRE AND CASUALTY COMPANY,**  | ) |        |
|                                            | ) |        |
|     **Defendant.**     | ) |        |
| _____           | ) |        |

**THIS MATTER** is before the court on defendant's Motion to Dismiss and Motion to Amend Caption (#4) and plaintiff's Motion to Amend Complaint (#5). Having considered defendant's motion and reviewed the pleadings, and it appearing that counsel for defendant has consented to defendant's Motion to Amend, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that

(1)    plaintiff's Motion to Amend Complaint (#5) is **GRANTED,** and plaintiff is allowed 10 days from the filing of this Order to file plaintiff's Amended Complaint and serve such document on counsel for defendant;

(2)    defendant's Motion to Dismiss (#4) is **DENIED** without prejudice as **MOOT**;

(3)    defendant's Motion to Amend Caption (#4) is **ALLOWED**, and the caption is amended as reflected above; and

(4)    defendant shall have 20 days from receipt of the Amended Complaint to file its Answer or other responsive pleading.

**Signed: October 19, 2005**

Dennis L. Howell
United States Magistrate Judge